WILLIAM E. UPTEGROVE et al., Appellants, *v.* WILLIAM O. SCHWARZWAELDER et al., Respondents.

*Uptegrove* v. *Schwarzwaelder,* 46 App. Div. 20, affirmed.
(Argued May 7, 1901; decided May 24, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 19, 1899, reversing a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury and granting a new trial.

*D. M. Porter* for appellants.

*Almet R. Latson* for respondents.

Order affirmed and judgment absolute ordered against the plaintiffs on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN and WERNER, JJ. Not voting: BARTLETT and VANN, JJ.